IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONTINENTAL INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:12-0433 JUDGE HAYNES |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon review of the file, I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the 18 day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge