UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONTINENTAL INSURANCE COMPANY, et al. | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:12-0433 JUDGE CAMPBELL |
| v. | ) ) | MAGISTRATE JUDGE BRYANT |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**ORDER:**
To the extent that this motion seeks continuance of the initial case management conference set for September 5, 2012, this motion is denied.

*s/ John S. Bryant*
U.S. Magistrate Judge

### JOINT MOTION FOR REASSIGNMENT TO MAGISTRATE JUDGE KNOWLES AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs and Defendant, by and through counsel, respectfully request that the Court reassign this matter to Magistrate Judge Knowles. The parties further request that the initial case management conference scheduled for September 5, 2012, be continued until it is rescheduled by Magistrate Judge Knowles. The parties are submitting a brief memorandum of points and authorities in support of their request and a proposed order for the Court's consideration.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney
Middle District of Tennessee

By: s/ Christopher C. Sabis
CHRISTOPHER C. SABIS (BPR #030032)
Assistant U.S. Attorney
Suite A-961, 110 9th Avenue, South
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151
Fax: (615) 736-5323
Email: Christopher.Sabis@usdoj.gov

*Attorney for Defendant*