IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, et al. | ) ) ) |
| v. | ) NO. 3:12-0433 ) JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Docket No. 46). The Court heard argument on Defendant's Motion on February 13, 2013.

For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is GRANTED and this action is DISMISSED. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE