# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Continental Insurance Company, et al.

                           Plaintiff,

v.                                             Case No.: 3:12–cv–00433
                                              District Judge Todd J. Campbell

United States of America, et al.

                           Defendant.

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/28/2013.

                                                               Keith Throckmorton, Clerk
                                                              s/ Ann Frantz, Deputy Clerk