UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, ET AL. | ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| *Defendant.* | ) |

Case No. 3:12-0433
JUDGE CAMPBELL

# NOTICE OF APPEAL

Notice is hereby given, pursuant to Rule 3 of the Federal Rules of Appellate Procedure, of the appeal by Plaintiffs, Continental Insurance Company, Gibson Guitar Corp., Harris Corporation, OSG Ship Management, Inc., Carters, Inc., L-3 Communications Holdings Inc., Qinetiq North America Operations LLC, ABC Bus Companies Inc., Indemnity Insurance Company of North America, Tokio Marine & Nichido Fire Insurance Co. Ltd. (U.S. Branch), Nissan North America, Metal One Holdings America, Inc., and Fireman's Fund Insurance Company, to the United States District Court of Appeals for the Sixth Circuit from the Order (Doc. No. 67), accompanying memorandum (Doc. No. 66), and entry of judgment (Doc. No. 68) granting Defendant's motion to dismiss entered in this action on the 28th day of February, 2013.

Respectfully submitted,

By: /s/ Lauren E. Komsa
Lauren E. Komsa
Keith B. Dalen
HILL RIVKINS LLP
45 Broadway, Suite 1500
New York, NY 10006
Telephone: (212) 669-0600
Facsimile: (212) 669-0698
kdalen@hillrivkins.com
lkomsa@hillrivkins.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served via the Court's electronic filing system on this 26th day of April, 2013 on the following:

Christopher C. Sabis
Christopher.sabis@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office
Suite A-961, 110 9th Avenue, South
Nashville, TN 37203-3870

Stephen E. Handler
Stephen.handler@usdoj.gov
Philip D. MacWilliams
Phil.macwilliams@usdoj.gov
U.S. Department of Justice
Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

/s/ Lauren E. Komsa
*Attorneys for Plaintiffs*

2