# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 10, 2015

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 13-5578/13-5599, *A.O. Smith Corporation, et al v. USA / Continental Insurance Company, et al v. USA*
Originating Case No. : 3:12-cv-00429 / 3:12-cv-00433

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                Sincerely yours,

                                s/Laura A. Jones
                                Case Manager
                                Direct Dial No. 513-564-7023

cc: Mr. Keith Bruce Dalen
    Ms. Alisa B. Klein
    Ms. Lauren Elizabeth Komsa
    Ms. Patricia Head Moskal
    Mr. Robert S. Patterson
    Mr. Anthony J. Pruzinsky
    Mr. Edmund Scott Sauer
    Mr. Mark B. Stern

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 13-5578/13-5599

_____

Filed: February 10, 2015

A.O. SMITH CORPORATION, et al.　　　　　[13-5578]

CONTINENTAL INSURANCE COMPANY, et al.　　[13-5599]

    Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

## MANDATE

    Pursuant to the court's disposition that was filed 12/18/2014 the mandate for this case hereby issues today.

COSTS:  None